PETER'S GARAGE, INC., APPELLANT, v. CITY OF BURLING-
TON ET AL., RESPONDENTS.

Submitted May 26, 1939—Decided September 22, 1939.

For the appellant, *Harry Green.*

For the respondents, *Thomas D. Begley* and *Leonard H. Savadove.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.

---

MAYBURRY H. BALLINGER, TRADING, ETC., APPELLANT,
v. CITY OF BURLINGTON ET AL., RESPONDENTS.

Submitted May 26, 1939—Decided September 22, 1939.

For the appellant, *Harry Green.*

For the respondents, *Thomas D. Begley* and *Leonard H. Savadove.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOSEPH LINARDUCCI, JR., PLAINTIFF IN ERROR.

Argued May 17, 1939—Decided September 22, 1939.

For the plaintiff in error, *J. Henry Harrison* and *Samuel I. Kessler.*

For the state, *William A. Wachenfeld* and *Anthony M. Hauck, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.